1010

[Nos. 28470-7-II; 29294-7-II.  Division Two.  November 12, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH COREY MATHISEN, *Appellant*.

Appeals from a judgment of the Superior Court for Kitsap County, No. 01-1-01356-2, Leila Mills, Leonard W. Costello, Jay B. Roof, and Anna M. Laurie, JJ. *Affirmed in part* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J.

[No. 28681-5-II.  Division Two.  November 12, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. BARBARA JEAN CUZZETTO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-04314-8, James R. Orlando and D. Gary Steiner, JJ., entered April 12, 2002. *Remanded* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 28686-6-II.  Division Two.  November 12, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER NEIL MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 01-1-00311-3, David R. Draper, J., entered April 3, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 28899-1-II.  Division Two.  November 12, 2003.]

BRIAN FITTERER, ET AL., *Appellants*, v. PIERCE COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 01-2-01727-3, Richard D. Hicks, J., entered May 31, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Bridgewater, JJ.